442 A.2d 339

Commonwealth v. Seeley, Appellant.

Submitted June 3, 1981. Bruce S. Miller, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.